# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1619
_____

Andrew B. Aames,

*Plaintiff - Appellant*,

v.

United States of America; State of Missouri; MO Jackson County,

*Defendants - Appellees*,

Does 1 through 99,

*Defendant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 7, 2017
Filed: November 29, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Andrew Aames challenges the district court's[1] dismissal of his complaint challenging the constitutionality of state and federal statutes requiring him to register as a sex offender. After carefully reviewing the record and the briefs, we affirm for the reasons stated by the district court, but we modify the judgment so that the dismissal of Aames's state-law request for relief is without prejudice. *See Franklin v. Zain*, 152 F.3d 783, 786 (8th Cir. 1998). The judgment is affirmed as modified. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.